**Opinion issued May 21, 2019**



In The

# Court of Appeals

### For The

## First District of Texas

_____

## NO. 01-18-00857-CV

_____

## KNJ ENTERPRISES, INC. AND ABDUL R. KABANI, Appellants

## V.

## WILBANKS & WILBANKS. P.C. AND H. ERWIN WILBANKS, Appellees

---

### On Appeal from the 55th District Court
### Harris County, Texas
### Trial Court Case No. 2017-11865

---

### MEMORANDUM OPINION

Appellants, KNJ Enterprises, Inc. and Abdul Kabani, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.